PROB 12C [BRN]
(08/2025)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Person Under Supervision

| | | | |
|---|---|---|---|
| Name of Person Under Supervision: | Jesus Mario Rodriguez | Case Number: | 1:24CR00464-001 |

Name of Sentencing Judge:   U.S. District Judge Fernando Rodriguez, Jr.

Date of Original Sentence:   July 10, 2025

Original Offense:   Possession of a Machinegun, in violation of 18 U.S.C. §§ 922(o) and 942(a)(2)

Original Sentence:   Six (6) months custody of the U.S. Bureau of Prisons, followed by a 2-year term of supervised release.

Type of Supervision:  Supervised Release    Supervision Started:  December 29, 2025

Supervision Expires:  December 28, 2027

Assistant U.S. Attorney:   Jose Enrique Arreola, Jr.    Defense Attorney:   Noe Domingo Garza, Jr.

Maximum Penalty Upon Revocation:   **TWO (2) YEARS CUSTODY OF THE U.S. BUREAU OF PRISONS, PURSUANT TO 18 U.S.C.§ 3583(e)(3).**

### EARLIER COURT ACTION

None.

### PETITIONING THE COURT

To issue a warrant and set a Revocation Hearing to show cause why Supervised Release should not be revoked.

The probation officer believes that the person under supervision has violated the following conditions of supervision:

TRUE COPY I CERTIFY AND ATTEST:
NATHAN OCHSNER, CLERK OF COURT
BY _____ DEPUTY CLERK

Rodriguez, Jesus Mario
Dkt. No. 1:24CR00464-001
Page 2

**Violation Number**   **Nature of Noncompliance**

**1**   **Mandatory Condition: You must not commit another federal, state, or local crime.**

On January 24, 2026, in Cameron County, Texas, Jesus Mario Rodriguez committed the offense of Resisting Arrest, Search, or Transportation, to wit: a person commits an offense if the person intentionally prevents or obstructs a person he knows is a peace officer or a person acting in a peace officer's presence and at his direction from effecting an arrest, search, or transportation of the actor or another by using force against the peace officer or another, in violation of Texas Penal Code § 38.03, a Class A misdemeanor.

**Details:** According to the case report, on January 24, 2026, Brownsville Police Department (BPD) Officers responded to a suspicious vehicle call at the Stripes located at 200 W. Morrison Road in Brownsville, Texas. Upon arrival, BPD officers observed two (2) males engaged in a physical altercation. One officer gave the two (2) males verbal commands to stop; however, they refused to comply. The males were identified as Jesus Mario Rodriguez (hereinafter referred to as Rodriguez) and JGE. An officer was attempting to restrain Rodriguez; however, Rodriguez became aggressive and pulled away from the officer. The officer grabbed Rodriguez's right wrist, but Rodriguez pulled his arm away from the officer and towards his chest. Rodriguez attempted to prevent the officer from arresting him. During the struggle, the BPD officer detected a strong odor of alcohol emitting from Rodriguez and noticed Rodriguez' speech was slurred. As additional officers arrived on scene to assist, one officer approached Rodriguez to ensure he was secured. Rodriguez advised the officer that he was having problems breathing. The officer assisted Rodriguez. The officer lifted Rodriguez and once Rodriguez was on his feet, he aggressively withdrew his arm from the officer's grasp. The officer was able to regain control of Rodriguez and escorted him to his marked patrol unit. Rodriguez was arrested and transported to City Jail for booking purposes.

No further information was provided at this time. His bond information and case remain pending.

**2**   **Mandatory Condition: You must not commit another federal, state, or local crime.**

On January 24, 2026, in Cameron County, Texas, Jesus Mario Rodriguez committed the offense of Disorderly Conduct, to wit: a person commits an offense if he intentionally or knowingly fights with another in a public place, in violation of Texas Penal Code §42.01, a Class C misdemeanor.

**Details:** According to the case report, on January 24, 2026, Brownsville Police Department (BPD) Officers responded to a suspicious vehicle call at the Stripes located at 200 W. Morrison Road in Brownsville, Texas. Upon arrival, BPD officers observed two (2) males engaged in a physical altercation. One officer gave the two (2) males verbal commands to stop; however, they refused to comply. The males were identified as Jesus Mario Rodriguez (hereinafter referred to

Rodriguez, Jesus Mario
Dkt. No. 1:24CR00464-001
Page 3

as Rodriguez) and JGE. An officer was attempting to restrain Rodriguez; however, Rodriguez became aggressive and pulled away from the officer. The officer grabbed Rodriguez's right wrist, but Rodriguez pulled his arm away from the officer and towards his chest. Rodriguez attempted to prevent the officer from arresting him. During the struggle, the BPD officer detected a strong odor of alcohol emitting from Rodriguez and noticed Rodriguez' speech was slurred. As additional officers arrived on scene to assist, one officer approached Rodriguez to ensure he was secured. Rodriguez advised the officer that he was having problems breathing. The officer assisted Rodriguez. The officer lifted Rodriguez and once Rodriguez was on his feet, he aggressively withdrew his arm from the officer's grasp. The officer was able to regain control of Rodriguez and escorted him to his marked patrol unit. Rodriguez was arrested and transported to City Jail for booking purposes.

No further information was provided at this time. His bond information and case remain pending.

### 3     Mandatory Condition:  You must not commit another federal, state, or local crime.

On January 24, 2026, in Cameron County, Texas, Jesus Mario Rodriguez committed the offense of Public Intoxication, to wit: a person commits an offense if the person appears in a public place while intoxicated to the degree that a person may endanger the person or another, in violation of Texas Penal Code § 49.02, a Class C misdemeanor.

**Details:** According to the case report, on January 24, 2026, Brownsville Police Department (BPD) Officers responded to a suspicious vehicle call at the Stripes located at 200 W. Morrison Road in Brownsville, Texas. Upon arrival, BPD officers observed two (2) males engaged in a physical altercation. One officer gave the two (2) males verbal commands to stop; however, they refused to comply. The males were identified as Jesus Mario Rodriguez (hereinafter referred to as Rodriguez) and JGE. An officer was attempting to restrain Rodriguez; however, Rodriguez became aggressive and pulled away from the officer. The officer grabbed Rodriguez's right wrist, but Rodriguez pulled his arm away from the officer and towards his chest. Rodriguez attempted to prevent the officer from arresting him. During the struggle, the BPD officer detected a strong odor of alcohol emitting from Rodriguez and noticed Rodriguez' speech was slurred. As additional officers arrived on scene to assist, one officer approached Rodriguez to ensure he was secured. Rodriguez advised the officer that he was having problems breathing. The officer assisted Rodriguez. The officer lifted Rodriguez and once Rodriguez was on his feet, he aggressively withdrew his arm from the officer's grasp. The officer was able to regain control of Rodriguez and escorted him to his marked patrol unit. Rodriguez was arrested and transported to City Jail for booking purposes.

No further information was provided at this time. His bond information and case remain pending.

Rodriguez, Jesus Mario
Dkt. No. 1:24CR00464-001
Page 4

**U.S. Probation Officer Recommendation:**

☒ Revoke.

Approved:

*[signature]*

Celia Aguilar, Supervising
United States Probation Officer
February 20, 2026

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: *[signature: Aimee Criszanto]*

Aimee Criszanto
United States Probation Officer
9381923

**RE:   JESUS MARIO RODRIGUEZ**
      **Dkt.No.: 1:24CR00464-001**
      **Page 5**

THE COURT ORDERS:

[ ]   No Action

[ ]   The Issuance of a Summons for a hearing to be held on _____ at _____.

[ ]   The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond. Furthermore, that a revocation hearing be set to show cause why Probation/Supervised Release should not be revoked.

[x]   The Issuance of a Warrant. The magistrate judge shall determine whether to release the defendant on bond pending the revocation hearing.

[ ]   The Issuance of a Warrant, and no bond be set. Further, that a revocation hearing be set to show cause why Probation/Supervised Release should not be revoked.

[ ]   The Issuance of a Violator's Warrant and no bond be set and that a revocation hearing to show cause why supervision should not be revoked be held at the time of disposition of the charge in Criminal Docket _____ in U.S. District Court in the _____ District of _____, _____ Division.

[ ]   Other:


*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge

February 20, 2026
Date