CLOSED

# U.S. District Court
## Northern District of Texas (Amarillo)
## CRIMINAL DOCKET FOR CASE #: <u>2:26−mj−00048−BR</u> All Defendants

| | |
|---|---|
| Case title: USA v. Rodriguez | Date Filed: 03/09/2026 |
| Other court case number: 1:24−cr−00464−1 Southern District of Texas (Brownsville) | Date Terminated: 03/09/2026 |

Assigned to: Magistrate Judge Lee Ann Reno

**Defendant (1)**

**Jesus Mario Rodriguez**
*TERMINATED: 03/09/2026*

represented by **Cristy J McElroy−FPD**
Federal Public Defender
Northern District of Texas
600 S Tyler Street, Suite 2300
Amarillo, TX 79101
806−324−2370
Fax: 806−324−2372
Email: Cj_McElroy@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

**Federal Public Defender − Amarillo**
Federal Public Defender
600 S Tyler Street, Suite 2300
Amarillo, TX 79101
806−324−2370
Fax: 806−324−2372
Email: CJ_McElroy@fd.org
*TERMINATED: 03/09/2026*
*Designation: Federal Public Defender Appointment*
*Bar Status: Not Admitted*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

CMP

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Anna Marie Bell–DOJ** <br> United States Attorney's Office <br> 500 S Taylor <br> Suite 300 <br> Amarillo, TX 79101 <br> 806–324–2397 <br> Fax: 806–324–2399 <br> Email: anna.bell@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: US Attorney's Office* <br> *Bar Status: Not Admitted* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2026 | 1 | Rule 32 Documents received from Southern District of Texas (Brownsville) as to Jesus Mario Rodriguez (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 03/09/2026) |
| 03/09/2026 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jesus Mario Rodriguez. Federal Public Defender – Amarillo for Jesus Mario Rodriguez appointed. (Ordered by Magistrate Judge Lee Ann Reno on 3/9/2026) (mcrd) (Entered: 03/09/2026) |
| 03/09/2026 | 3 | ELECTRONIC ORDER SCHEDULING INITIAL APPEARANCE as to Jesus Mario Rodriguez: Initial Appearance set for 3/9/2026 11:00 AM in US Courthouse, Courtroom 2nd Floor, 205 S. E. 5th Ave., Amarillo, TX 79101–1559 before Magistrate Judge Lee Ann Reno. (Ordered by Magistrate Judge Lee Ann Reno on 3/9/2026) (mcrd) (Entered: 03/09/2026) |
| 03/09/2026 | 4 | NOTICE OF ATTORNEY APPEARANCE by Cristy J McElroy–FPD (Clerk to Set Designation as: Federal Public Defender Appointment) appearing for Jesus Mario Rodriguez (Filer confirms contact info in ECF is current.) (Counsel is served with a copy of the General Order Regarding the Use of Interpreters in Criminal Cases Filed in |

|  |  |  |
|---|---|---|
|  |  | the Amarillo Division. Clerk to mail a copy to any attorney who does not receive electronic notice of this entry.) (If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.) (McElroy–FPD, Cristy) (Entered: 03/09/2026) |
| 03/09/2026 | 5 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Lee Ann Reno: Initial Appearance re Revocation of Supervised Release as to Jesus Mario Rodriguez held on 3/9/2026. Deft first appearance. Deft advised of rights/charge(s). Deft appeared with appointed counsel. Deft noticed the Court of intent to retain counsel in SD/TX. Deft waived hearings in ND/TX for removal to the charging district. Deft remanded to custody. Attorney Appearances: AUSA – Anna Marie Bell–DOJ; Defense – Cristy J McElroy–FPD. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Lopez.) (mcrd) (Entered: 03/09/2026) |
| 03/09/2026 | 6 | (Document Restricted) CJA 23 Financial Affidavit by Jesus Mario Rodriguez (mcrd) (Entered: 03/09/2026) |
| 03/09/2026 | 7 | ORDER ON INITIAL APPEARANCE as to Jesus Mario Rodriguez (Ordered by Magistrate Judge Lee Ann Reno on 3/9/2026) (mcrd) (Entered: 03/09/2026) |
| 03/09/2026 | 8 | WAIVER of Rule 32.1 Hearings by Jesus Mario Rodriguez (mcrd) (Entered: 03/09/2026) |
| 03/09/2026 | 9 | Report of Proceedings under Rule 32.1 and Order Entered Thereon as to Jesus Mario Rodriguez. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Southern District of Texas. (Ordered by Magistrate Judge Lee Ann Reno on 3/9/2026) (mcrd) (Entered: 03/09/2026) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-MJ-00048-BR (1) |
| | § | Charging District: Southern District of Texas |
| | § | Case No. 1:24-CR-00464-1 |
| | § | |
| JESUS MARIO RODRIGUEZ | § | |
| | § | |
| Defendant. | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

It is hereby ORDERED that the Office of the Federal Public Defender is appointed to represent the above-named defendant in this cause for the limited purpose of any hearing conducted in the Amarillo Division for the Northern District of Texas. This appointment shall remain in effect until this matter is transferred to the originating jurisdiction in the Southern District of Texas. The Federal Public Defender's office in Amarillo is located at 600 S. Tyler Street, Suite 2300.

**IT IS SO ORDERED.**

ENTERED on March 9, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| VS. § | No. 2:26-MJ-048-BR |
| § | ECF |
| **JESUS MARIO RODRIGUEZ** § | |

## ENTRY OF APPEARANCE OF COUNSEL

     I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

     I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

     In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: March 9, 2026

                                                    /s/ C.J. McElroy
                                                   C.J. MCELROY
                                                   Assistant Federal Public Defender
                                                   600 South Tyler Street, Ste 2300
                                                   Amarillo, Texas 79101
                                                   Phone (806) 324-2370
                                                   Texas Bar No. 13581995

                                                     ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-MJ-00048-BR (1) |
| | § | Charging District: Southern District of Texas |
| | § | Case No. 1:24-CR-00464-1 |
| JESUS MARIO RODRIGUEZ (1) | § | |
| | § | |
| Defendant. | § | |

## ORDER ON INITIAL APPEARANCE

On today's date, Defendant, JESUS MARIO RODRIGUEZ, appeared in person and with appointed counsel, before the undersigned United States Magistrate Judge for the purpose of an Initial Appearance in accordance with Rule 32.1, Federal Rule of Criminal Procedure. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Rule 32.1, the defendant received a copy of the Petition for Revocation of Supervised Release that had been filed in this cause and acknowledged understanding the charges therein. The defendant was advised of the rights relative to the making and the refusal to make statements that might be used against him and acknowledged understanding such rights. The defendant was further advised of the right to retain counsel and of the right to request the Court appoint counsel if unable to afford to retain counsel. The defendant acknowledged understanding the right to counsel.

The defendant was advised of the right to a Preliminary Examination, a Detention Hearing, and an Identity Hearing and acknowledged understanding such right. At the hearing, the defendant waived the right to have the hearings in the Northern District of Texas, reserving the right to have the hearings in the Southern District of Texas.

Defendant, JESUS MARIO RODRIGUEZ, is remanded to the custody of the United States Marshal and is ORDERED to be removed to the Southern District of Texas as soon as practicable.

**IT IS SO ORDERED.**

ENTERED on March 9, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

FILED
**March 09, 2026**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:26-MJ-048-BR |
| JESUS MARIO RODRIGUEZ | ) | |
| | ) | Charging District's Case No. 1:24-CR-464 |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* Southern District of Texas.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: March 9/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

C.J. McElroy
*Printed name of defendant's attorney*

8

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**FILED**
**March 09, 2026**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:26-MJ-00048-BR-1 |
| Jesus Mario Rodriguez | ) | Charging District's |
| *Defendant* | ) | Case No.  1:24-cr-00464-1 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Southern__ District of __Texas__,
*(if applicable)* __Brownsville__ division. The defendant may need an interpreter for this language: _____.

The defendant:   ☒ will retain an attorney.
                 ☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   03/09/2026

*Judge's signature*

U.S. MAGISTRATE JUDGE LEE ANN RENO
*Printed name and title*

9